UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CESAR TELLEZ-TELLEZ, a/k/a<br>CESAR TELLEZ, a/k/a CESAR<br>TELLEZ-CASTRO,<br><br>　　　　　Defendant. | Case No. 1:15-CR-00111-BLW<br><br>**REPORT AND<br>RECOMMENDATION** |

　　　　On August 27, 2015, Defendant CESAR TELLEZ-TELLEZ appeared before the undersigned United States Magistrate Judge to enter a change of plea after providing Notice of Intent to Plead Guilty on August 6, 2015. (Dkt. 22.) The Defendant executed a waiver of the right to have the presiding United States District Judge take his plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Superseding Information (Dkt. 11), the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by any agreement of the parties as to the penalty to be imposed.

　　　　The Court, having conducted the plea hearing and having inquired of the Defendant, counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the

REPORT AND RECOMMENDATION - 1

consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

Because the offenses to which Defendant entered his guilty plea are offenses in a case described in subparagraph (C) of subsection (f)(1) of Section 3142 in Title 18 of the United States Code, subjecting Defendant to detention upon a finding of guilt, the undersigned considered whether, under Section 3145(c), exceptional reasons were clearly shown as to why Defendant's detention pending imposition of sentencing would not be appropriate. The Government did not oppose continued release, acknowledging that the Government orally withdrew its motion for detention at the time of Defendant's arraignment on April 27, 2015, and there have been no violations of the strict pretrial release conditions imposed to date. (Dkt. 14, 16.) Further, Defendant presented a clear showing of reasons beyond compliance with the pretrial conditions for the Court's consideration.

In this case, as proffered by Defendant's counsel and supported by three letters admitted as Exhibit A and attached to the minutes of the hearing, Defendant has obtained and maintained employment during pretrial release sufficient to provide for himself and to contribute to the support his three children and a young daughter of his fiancé; has developed a supportive relationship with his fiancé who is attending college at CWI; and has been participating successfully in a substance abuse treatment program. The Court finds that the above circumstances, taken collectively, constitute clear and convincing

REPORT AND RECOMMENDATION - 2

evidence that Defendant is not likely to flee or pose a danger to the community if release is continued pending sentencing. Further, the Court finds detention pending sentencing would unduly disrupt Defendant's progress in his treatment program, his employment, and his ability to carry out and contribute to ongoing family responsibilities.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1)  The District Court accept Defendant CESAR TELLEZ-TELLEZ's plea of guilty to Counts One and Two of the Superseding Information (Dkt. 11);

2)  The District Court order forfeiture consistent with the Criminal Forfeiture Allegation in the Superseding Information (Dkt. 11); and

3)  The District Court continue Defendant's release subject to the Order Setting Conditions of Release (Dkt. 16).

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: August 28, 2015

_____
CANDY WAGAHOFF DALE
CHIEF U.S. MAGISTRATE JUDGE